# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

FILED IN CLERKS OFFICE

MAR 2 '23 PM 4:05 USDC MA

Michael "Skylar" Theraux Pro Se
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

MASS D.O.C. Commissioner of Corrections
N.C.C.I. Superintendent Matthew Divris
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael "Skylar" Theraux W-108986
Street Address: 500 Colony Road
City and County: Gardner, Worcester County
State and Zip Code: Mass, 01440
Telephone Number: 413-265-4978
E-mail Address: Mtheraux@MWCC.edu

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: MR. MATThew DIUHS
- Job or Title (if known): Superintendent of N.C.C.I.
- Street Address: 500 Colony Rd
- City and County: GARDNER, MA, WORCESTER
- State and Zip Code: MASS, 01440
- Telephone Number: 978-
- E-mail Address (if known):

Defendant No. 2
- Name: Mrs. CAROL MICI
- Job or Title (if known): Commissioner of Corrections
- Street Address: 50 Maple Street
- City and County: Milford, Worcester
- State and Zip Code: MASSAchusetts, 01757
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

PREA of 2003

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff was forcibly raped via oral intercourse. Plaintiff seeks $600,000.00 for failure to protect.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$600,000.00 for Medical/Mental Health future costs, Punitive Damages, for Rape Trauma Syndrome, and Emotional distress. Failure to Protect Transgender.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/5/2023

Signature of Plaintiff

Printed Name of Plaintiff    Michael "Skylar" Thesnor

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

United States of America

Federal District Court of Massachusetts – Worcester Division

US Docket Number:

Michael "Skylar" Theroux

Plaintiff

Massachusetts Commissioner of Correction (DOC)

Ms. Carol Mici

Superintendent of N.C.C.I. Gardner, Ma

Mr. Matthew Divris

Defendants

# Complaint

On June 29th 2023, Inmate Michael "Skylar" Theroux who is a transgender female was forcibly involved with a sexual assault at the N.C.C.I. Prison. The Investigation was substantiated under Federal PREA. The Assault was "phone tipped" to the I.P.S. Officers at the prison that an event was in progress. Plaintiff was a known target by this individual and the DOC Refused, Failed to act, the Commissioner of Correction let an SBCC Inmate with a history of similar assault actions (but in a more catastrophic outcome) transfer to a Level 4 Medium Security Facility and floor unit in Thomson Hall that houses vulnerable inmates known as the Residential Treatment Unit and Transgender Inmates.

Plaintiff alleges that The Superintendent of N.C.C.I. (Defendant) failed to protect the defendant at N.C.C.I. who has had a history of being a victim to abuse and reported it to the appropriate departments. Plaintiff has suffered serious injuries such as Rape Syndrome, Emotional Distress, Night terrors, Inability to Concentrate, Flash Backs and other Symptoms.

Correctional Staff knew of the inmate who was transferred from S.B.C.C. to lower custody and onto a floor where Plaintiff lives and the event took place. But failed to intervene or alert the Plaintiff his safety may be an issue. Correctional Staff knew there were issue between both the victim and Perpetrator who is now transferred to Norfolk Prison.

**Relief**

Plaintiff seeks relief in the form of compensatory damages in the amount of $600,000.00 to establish mental house services, Trauma counseling and pain and suffering from the torment and emotional distress from correctional staff and prisoners as she (Plaintiff) exits Prison on Parole/Release.