United States District Court of Massachusetts
Worcester Division

FILED IN CLERKS OFFICE
JUN 26 '23 PM 1:12 USDC MA

Civil Action:
23-CV-40021-MRG

Complaint

Michael "Skylar" Theroux
(Plaintiff)
V.
Ms. Carol Mici, And Mr. Michael Ford
Mr. Matthew Divris, Commissioner
of Correction And Superintendant At
N.C.C.I. Prison Individually And Official
Capacities. And Correctional Officer

I. **Jurisdiction & Venue:** ① This is a Civil Action Authorized by U.S.C. 1983 to redress the Deprivation, under Color of State Law, of Rights Secured by the Constitution of the United States. The Court has Jurisdiction under 28. U.S.C. Section 1331 And 1343 (A)(3). Plaintiff Theroux seeks declator Relief Pursuant to 28 U.S.C. 2201 and 2202. Plaintiff Theroux claim for Injunctive Relief Are Authorized by 28 U.S.C. Sections 2283 & 2284 And Rule 65 of The Federal Rules of Civil Procedure.

② The U.S. District Court - Worcester, Massachusetts is an appropriate Venue under 28 U.S.C. Section 1391 (B)(2) Because it is events giving Rise to This Claim occured.

II **Plaintiffs:** ③ Plaintiff Michael P. Theroux (Transgender) Named "Skylar" is and was at all times herein a prisoner of the State of Massachusetts in the custody of the Massachusetts Department of Correction in Gardner, Mass at N.C.C.I Gardner.

III. Defendants:

4.) Defendant Carol Mici is the Mass DOC Commissioner. She is legally responsible for N.C.C.I. Gardner, it's inmates and employees.

5.) Defendant Michael Ford (Correctional Officer) of the Department of Correction who, at all times mentioned in this complaint, held rank of Correction Officer and was assigned to Thompson 2nd Floor at N.C.C.I. Gardner.

6.) Defendant Matthew Divris is the Superintendent of N.C.C.I. Gardner. He is solely responsible for the actions of his own and the capacity of inmates and staff. (CO's)

7.) Each defendant is sued individually and in their official capacity. At all times mentioned in this complaint, each defendant acted under the color of state law.

IV. Facts: 8.) At all times Plaintiff lived in cell 234 of the second floor of Thompson Hall at N.C.C.I. Gardner.

9.) The sexual attacker with regards to this suit lived in cell 265 of Thompson Hall 2nd Floor at N.C.C.I. Gardner.

10.) On June 29, 2022 a non-consental rape (oral) ocurred on Thompson Hall 2nd Floor Room 265, East. The party bringing this suit (Plaintiff) was the victim against her will. The attacker was Mr. Eric Denson W-99515.

11.) At apprnox 5:04 pm Inmate Denson blocked his cell window with a trash bag. Inside cell 265 East of Thompson Hall while C.O. Ford conducted a round and failed to address the blocked window in violation of DOC policy.

12.) On June 29, 2022 Defendant Matthew D.U.H.S. Allowed A Known Predator (Mr. Eric Denson)(who is not Annotated in this Complaint) To Move into Cell 265A In Violation of Federal P.R.E.A. Statute Where Vulnerable (RTU) And Trans-female Inmates such as Michael "Skylar" Theroux Lived. (Plaintiff.)

13) Defendant Carol Mici knowingly Transferred Mr. Denson From S.B.C.C. A Level 5 Max Prison to N.C.C.I. Level 4 Medium instead of keeping him at S.B.C.C. Where he Committed Another Non-Consensual Sexual Assault.

14.) An Anonomus Call To The T.P.S. PreaLine (DROPA-Dime)Line. Declaring A Non-Consensual Sexual Act Was In Progress in Cell Belonging to Mr. Denson At N.C.C.I. Gardner

15.) Plaintiff Was Verified To Being Sexually Oral Raped And Taken into Wrist Restraints And Escorted To The Medical Unit.

16.) Mr. Eric Denson Was Taken into Wrist Restraints And Escorted to The BHU Boss Chair/Changing Room.

17.) After Medical Evaluation And MA State Police Crime Lab Collection, Plaintiff Was Transported to Beth Isreal Medical Center in Boston, Mass For SANE, Medical/STD/HIV Blood Workup.

18.) The next Day (June 30, 2022) Plaintiff Returned to N.C.C.I. Per Hospital discharge With Prescribed STD/HIV Medications. Plaintiff Remained in Medical Ward overnight.

## V. Legal Claims:

19.) Defendants Michael Hodge, Carol Mici and Matthew Divihs failed to protect the Plaintiff (A known Trans female) against physical abuse (oral sex) by Mr. Eric Denson W-99575. Inmate and Plaintiff had to seek an abuse prevention order against Mr. Denson.

20.) Defendants clearly knew Mr. Denson was a threat to the Plaintiff's safety but failed to act, rectify, or interfere until a sexual rape was called in. This is clearly a direct violation of Ms. Theroux's 8th Amendment Rights.

21.) All three Defendants and Mr. Denson has caused the Plaintiff pain, torment, suffering, emotional & physical distress that led Ms. Theroux to act out and attempt suicide.

22.) Plaintiff and Mr. Eric Denson have a substantiated PREA case of sexual assault, signed by Defendant Mr. Matthew Divihs.

## VI. Prayer For Relief:

23.) Wherefore, Plaintiff respectfully pray this court enter judgement.

24.) Granting Plaintiff Theroux a declaration that the facts and omisons described herein violate her rights under the U.S. Constitution and laws of the United States. And.

25.) A Preliminary and Permanent Injunction Ordering All Defendants to Cease Possible Retaliation And Physical Abuse.

26.) Granting Plaintiff Compensatory Damages in The Amount of $600,000 ($200,000 Per Defendant) Jointly And Severally.

27.) Plaintiff Seeks Nominal Damages And Punitive Damages in The Amount of $250,000 Against Each Defendant, Jointly & Severally.

28.) Plaintiff Also Seeks A Jury Trial On All Issues Tryable By Jury.

29.) Plaintiff Also Seeks Recovery Of her Costs in This Suit And Any Additional Relief This Court deems, Just, Proper And Equitable.

Dated June 22, 2023

Respectfully Submitted, Pro Se'

Michael "Skylar" Theroux W-108986
N.C.C.I. Gardner
500 Colony Road
Gardner, MA, 01440

Verification: I Have Read The Foregoing Complaint And Hereby Verify That The Matters Alleged Therein Are True, Except As To Matters Alleged on Belief, And, As to Those, I Believe Them to Be True. I Certify Under Pains Of Perjury The Foregoing Is True.

/S/ Michael "Skylar" Theroux
Michael "Skylar" Theroux

Executed At N.C.C.I. On June 22, 2023