IN The United States District Court of Massachusetts:
Worcester Division

FILED IN CLERKS OFFICE
SEP 27 '23 PM 12:25 USDC MA

Mike 'Skylar' Theroux, Plaintiff
v.
Carol Mici, Michael Ford and Matthew Divris, Defendants

ORDER To Show Cause For A Preliminary Injunction & Temporary Restraining Order

Civil Action: 4:23-CV-40021-MRG

Upon the complaint, the supporting affidavits of plaintiffs and the memorandum of law submitted herewith, It is:

Ordered that Defendants (Carol Mici, Matthew Divris and Michael Ford) show cause in Room _____ of the United States Courthouse at 595 Main Street, Worcester, MA. on the 25th of September 2023 at 6:00pm. A Preliminary Injunction Should Issue Pursuant to Fed. R. Civ. Rule 65(A) enjoining the Defendants, their successors in office, agents, and employees and all other persons acting in consort & participation with them, from Massachusetts.

It is further ordered that Effective Immediately and Pending The Hearing via Zoom The determination of this order to show cause, The Defendants above, & each of their officers, agents, employees Are Restrained From Interfering with Plaintiffs mail to the U.S. Marshalls.

_____
United States District Judge