UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL "SKYLAR" THEROUX,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CAROL MICI, et al.,  )<br>    Defendants.  )  | No. 4:23-cv-40021-MRG |

## MOTION TO DISMISS

Defendants Carol Mici, Matthew Divris, and Michael Ford hereby move to dismiss the Plaintiff Michael "Skylar" Theroux's ("Plaintiff") Amended Complaint in the above-captioned matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As grounds, Plaintiff has failed to state a plausible claim for relief against any defendant. Accordingly, her complaint should be dismissed. The specific reasons in support of this motion are set forth more fully in the accompanying supporting memorandum of law.

                                              Respectfully submitted,

                                              NANCY ANKERS WHITE
                                              Special Assistant Attorney General

                                              /s/ Max Bauer
                                              _____
                                              Max Bauer, BBO # 688891
                                              Counsel II
                                              Department of Correction - Legal Division
                                              70 Franklin Street, Suite 600
                                              Boston, MA 02110-1300
                                              617-727-3300
                                              Max.A.Bauer@doc.state.ma.us

DATED:  July 1, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent by mail to the pro se plaintiff.

/s/ Max Bauer
Max Bauer, BBO # 688891

DATED:  July 1, 2024